**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8071**

---

RAYON BECON,

  Plaintiff - Appellant,

versus

BERNARD MCKIE, Regional Director of South
Carolina Department of Corrections; RICKIE
HARRISON, Warden of Kershaw Correctional
Institution; KERSHAW CORRECTIONAL INSTITUTION;
J. FRIERSON, Lieutenant, Kershaw Correctional
Institution,

  Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Solomon Blatt, Jr., Senior District
Judge.  (CA-00-2911)

---

Submitted:  March 21, 2002          Decided:  March 28, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Rayon Becon, Appellant Pro Se.  David Michael Tatarsky, Richard
Porter Stroker, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia,
South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rayon Becon appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Becon v. McKie</u>, No. CA-00-2911 (D.S.C. Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>